# Exhibit 2

SECRET//NOFORN



# Directorate of Terrorist Identities (DTI)
# Strategic Accomplishments 2013

SECRET//NOFORN

## DTI Accomplishments Supporting NCTC Goal 1: Leadership

(S//NF) **One Millionth TIDE Person Record:** On 28 June 2013, the Terrorist Identities Datamart Environment (TIDE) passed a milestone of one million persons in TIDE. While NCTC's Directorate of Terrorist Identities (DTI) seeks to create only as many person records as are necessary for our nation's counterterrorism mission, this number is a testament to DTI's hard work and dedication over the past 2.5 years. Since DTI stood up as an independent NCTC Directorate in December 2010, analysts have created more than 430,000 terrorism-related person records and deleted 50,000 subjects whose nexus to terrorism was refuted or did not meet current watchlisting criteria. In addition, DTI has added over 730,000 biometric files to TIDE. On a daily basis, DTI analysts process more than 250 nomination cables and 200 encounter reports, visa applications and other data sources to support the U.S. Government's (USG) screening and terrorism analysis missions.

(U//FOUO) **Processing Nominations into TIDE:**




(S//NF) **Kingfisher Expanding its Role:** NCTC deployed the Kingfisher Expansion (KFE) visa support program on 15 June, 2013. KFE is a recently developed terrorist screening tool that correlates large datasets to help enhance existing terrorist identity information to support USG watchlisting/screening missions. The KFE tool reviews DoS visa applications for connections to terrorism information and then uses the knowledge to enhance existing records maintained in TIDE. KFE performs a near real-time check against TIDE for all worldwide visa applicants prior to Department of State (DoS) approval. KFE is processing nearly 40,000 applicants each day, has processed over 4.6 million visas since its "go-live" date in June, and is projected to save the DoS over $50 million in security check fees.

(S//NF) **DTI Support to Boston Bombing Investigation:** In the wake of the Boston Marathon bombings, NCTC/DTI was deeply involved with all facets of the response. Immediately following the incident, DTI contributed to FBI deep dives, identified potential suspects, and delivered information to national leadership as well as coordinated with the FBI on biometric holdings in TIDE. Longer-term, DTI responded to the US Senate and House Congressional Intelligence Oversight Committees and prepared formal testimony that aided the Director of NCTC, Principal Deputy Direction of NCTC, and Director of DTI for appearances on Capitol Hill. From this incident, DTI identified several lessons learned that were incorporated into the Directorate's policies and processes.

(U//FOUO) **Terrorist Identities Datamart Environment (TIDE) Classification Guide (CG):** Working with community partners, DTI finalized the first copy of the TIDE CG. This guide will serve as the official document for general classification guidance and classification policy controls and procedures for the dissemination and use of TIDE information, ensuring it will be adequately protected.

(S//NF) **Biometric Enhancement Scrub for Watchlisted US Persons:** Through a comprehensive review of TIDE holdings relevant to the Boston Marathon bombing, NCTC recognized the need to ensure that watchlisted US persons included available facial images and fingerprints. This project includes record by record research of each person in relevant Department of State and IC databases, as well as bulk data requests for information. The bulk requests were sent to our partners at FBI and DHS for any related biometric data, including driver's license images. When the project started there were 814 US Persons without any biometric information in TIDE, equating to less than 20% of the total watchlisted US persons. Upon completion of this project, NCTC has added 370 facial images and 249 fingerprints for 163 US persons.

(S//NF) **Mali and Chechnya/Dagestan Enhancement Scrubs:** In FY13, DTI completed a targeted scrub of TIDE subjects with connections to Mali or terrorist groups known to operate in Mali based on the recent conflict and ongoing threat to US and Western interests there. Separately, TIDE subjects with a nexus to Chechnya or Dagestan were reviewed in the wake of the Boston Marathon bombing.

- DTI analysts reviewed more than 1,700 TIDE records on subjects associated with these threats, resulting in some 3,500 enhancements to over 600 TIDE records.
- The scrub also resulted in watchlist status upgrades for 55 TIDE subjects.

(S//NF) **Biometric Analysis Reports:** The Biometric Analysis Branch (BAB) continues to provide support to a broad customer base through their unique skill of facial identification support. In 2013, BAB produced 291 Biometric Analysis Reports which provide facial identification support to customers from NCTC, DOD (AFOSI, SOCOM, PACOM), DOS, CIA, NMEC, DHS (CBP, NTC), FBI (TSC), DIA, NGA and NYPD.



(U//FOUO) **DTI Threat Team (DTT/MTT):**



(S//NF) **Reduction of TIDE Enhancement Backlog:** This year, automation, policy modifications, and resource realignments helped reduce a historic backlog of Department of State Consular Consolidated Database (CCD) records consisting of visa information on KSTs that are already in TIDE and/or watchlisted in the TSDB. DTI had experienced a historical backlog that numbered in excess of 153,000 records. This number was reduced by 88% in FY13 to around 18,000 and that should be completely eliminated by Q1 2014. This reduction will allow for all newly identified KST TIDE records to be enhanced with CCD information within 48 hours of nomination.

(S//NF) **NCTC Meets HSPD-24 Requirements for Biometric Export:** In March 2013, in accordance with HSPD-24/NSPD-59, the full implementation of the biometric export occurred. This culminates a five year effort, which included significant changes such as moving from TIDE1 to TIDE2, in order to provide storing and matching capabilities for facial images, fingerprints and iris scans. As part of this effort, NCTC delivered biometric data for more than 127,000 known or suspected terrorists (KSTs) to the Terrorist Screening Center to date. Due to the hard work by NCTC, writ large, these KSTs will have their biometric data properly placed into the biometric screening systems. This means when one of these known or suspected terrorists attempts to enter the United States either by applying for a visa or through a DHS point of entry screening, regardless of falsified documentation, the subject will likely be denied entry.

(S//NF) **Growth for Non-Traditional Biometric Data:** DTI has continued to enhance several "non-traditional" biometric data fields in TIDE, for FY13 TIDE has shown the following growth: Handwriting (32%); Signatures (52%); Scars/marks/tattoos (70%); DNA strands (90%). Beginning collection on this data helps to ensure that when the biometric and forensic community is ready to actively screen this data, that NCTC will be readily able to provide the appropriate data on all known or suspected terrorists.

SECRET//NOFORN

(S//NF) **TIDE Records Enhanced with Biometrics data:**



Increased TIDE Biometric Holdings in 2013 — 2013/2012

- TIDE Person Records with Biometrics: 95,000 (2012); 144,000 (2013)
- Facial Photos: 315k (2012); 570k (2013)
- Fingerprints: 95k (2012); 223k (2013)
- Iris Scans: 25k (2012); 70k (2013)

(S//NF) **Biometric Data Sources:** DTI has seen a large increase of biometric data in 2013, both actively received from the nominating partners as well as proactively sought by the Identity Intelligence Group. The top five agency contributors of data are as follows: Department of Defense (60%), DHS (13%), CIA (12%), FBI (9%) and State Department (5%).

(S//NF) **FBI Platinum Project Support:** Since 17 June 2013, DTI reviewed 1,678 TIDE nomination cables in support of the FBI's Platinum Project. The Platinum Project was initiated by the TSC Nominations and Data Integrity Unit (NDIU) as a proactive means to identify FBI subjects of interest and US Persons who are nominated by Other Government Agencies (OGA) and are currently watchlisted in the TSDB. DTI conducted research in the FBI's Sentinel and Guardian databases to determine if the subjects identified in nomination cable traffic had an open or closed case or Guardian lead. This year, 1,142 Platinum leads were submitted to the FBI resulting in 42 new threat assessments, 5 preliminary investigations, one full field investigation, and four individuals being removed from the watchlist.

(U//FOUO) **Quality Assurance Requests:** More than 1,000 de-merge requests were reviewed to ensure that records which had incorrectly identified multiple subjects as one person, were appropriately divided into separate records. Conversely, over 6,500 person merges, nearly 13,000 location merges, and 11,200 merges of other entities was done, this removed duplicate data from TIDE and ensured the accuracy of these records.

(U//FOUO) **TSC Requested TIDE Quality Assurance Reviews:**



More than
# 15,300 TIDE Quality Assurance Reviews

(2012, 2013)
- QA Tickets: 21,000 / 13,000
- Removals: not reaching minimum criteria for watchlisting: 1,300 / 2,100
- Redress requests: 164 / 200

(U//FOUO) **TIDE Quality Assurance Reviews:** The Quality Assurance Branch (QAB) reviewed 6,500 legacy records as part of a proactive scrub of 60,000 single-source TIDE records where no update has occurred since January 2011. QAB reviewed records for 2,550 KSTs from visa waiver countries and 3,800 of the qualifying records that were created between 1994 and 1996. This work resulted in: 61 individuals removed from watchlisting (including 30 deletions from TIDE); three upgrades to TSA NOFLY; nine records merged with other entries; and 39 records with added biographic data. Additional enhancement work by the Identity Enhancement Team on 500 of the visa waiver records resulted in 10 watchlisting upgrades, and the addition of 47 first-time dates of birth, and 14 biometric files.

(U//FOUO) **2013 Analytic Products:**



# Terrorism Identities Analysis Production

(2012, 2013)
- NCTC Quick Looks: 54 / 56
- Analytic Comments, FD Reports, memos: 103 / 47

(S//NF) **TIDE Quality Assurance Special Projects:**



More than
**41,800 Updates** from more than 21 different scrubs

- 1,088: Added to Watchlisting (Family members, IRGC No Fly, etc)
- 5,751: Added Biographies (DOB, Passport, Name, Citizenship, Occupation)
- 6,377: Removed from TIDE/Watchlisting (Associates of non-KSTs, Children over 21, Deceased)
- 28,632: Corrected Other Data (Locations, Encounters, Vehicles, Titles, Contact Information)

(S//NF) **Enhancements Using CBP Data:**



In 2013, more than
**6k CBP Encounter Packages Exploited**   2013 / 2012

| | 2012 | 2013 |
|---|---|---|
| Entities Created (no refs) | 30,993 | 60,603 |
| Backlog | 2,280 | 1,354 |

## DTI Accomplishments supporting NCTC Goal 2: Partnership

Internal to NCTC:

(S//NF) **Threat Case Management and Syrian Foreign Fighters:** In 2013, DTI created and maintains 12 threat cases, which link all known actors--and their biographic and biometric identifiers--to a particular threat stream, providing analysts across the community one centralized resource. The cases were collaborative efforts with NCTC/DI and DSOP, DHS/I&A, CBP, and TSA.

The Syria Foreign Fighter Threat Case in TIDE provides the IC's common record for the activities of more than 3,200 KSTs associated with Syria. This case contains a total of 3,258 individuals, to include 715 Europeans and Canadians and 41 US Persons, 37 of which are watchlisted in TSDB.

External to NCTC:

(S//NF) **Chicago Marathon supported by DTI IIG and AEG TIDE Analysts alongside FBI:** Based on the lessons learned from the Boston Marathon, DTI analysts in AEG and IIG worked alongside the FBI and the NCTC Midwestern Representative to suppose the Chicago Marathon. Analysts performed deep dives in Tide for biometrics, and located all of the entries that had no photo or fingerprints. Analysts also pulled all of the records in TIDE of people who held a drivers license in Illinois, Indiana, and Wisconsin. Doing their due diligence with those TIDE lists, analysts ensured no one warranted further scrutiny by the FBI before the race.

(S//NF) **Biometric Support to NCDC:** In FY13, DTI began assisting the National Collaboration Development Center (NCDC) with their Targeting Collaboration Course (TCC). The TCC is an interactive scenario-based training in which students learn to enhance existing source identification skills by providing tactical analysis intended to spur an operational action against a human target.

(U//FOUO) **Driver's License Initiative:** To fulfill the biometric enhancement mission within DTI's Identity Intelligence Group (IIG), the Biometric Analysis Branch (BAB) began an outreach/partnership effort with the larger law enforcement community to collect facial images associated with driver's license data. With support from FBI partners and NCTC's Domestic Representatives, this enhancement mission took on significant growth in FY13. BAB now coordinates directly with the following states: Arizona, Texas, New York, Maryland, Delaware, Washington DC, Florida, California, Virginia, Oregon, Massachusetts, Nevada, Georgia, Colorado, Washington, and Rhode Island. This effort has resulted in 2,400 Driver's License facial images added to TIDE in FY13.

(S//NF) **International Travel Data (ITD):** DTI identified information gaps between TIDE and CIA's ITD and worked with CIA to add the missing data to TIDE from clandestinely collected travel data. This effort resulted in the inclusion of 892 fingerprint files and an additional 1268 data points added to TIDE. DTI used the data to enhance a total of 892 identities in TIDE.

(U//FOUO) **CMO Outreach Initiative:** To increase the biometric and biographic information on KSTs detained worldwide, DTI began working with the CIA's Collection Management Officers. As a result, over 150 requests have been sent to the field and nine new national HUMINT collection requirements have been written. Additionally, DTI is now sending collection requirements directly to the field using the CIA Information Needs Management database (CINEMA). This will allow DTI to obtain information that has not been collected and use it to enhance TIDE.

(U//FOUO) **DTI Outreach Efforts**: DTI officers, together with representatives from the Terrorist Screening Center's (TSC) training team, traveled to FBI Miami and FBI Los Angles, visiting Field Offices and fusion centers to educate analysts and agents about DTI, TSC, TIDE, and the watchlisting business process to aid in their role of reviewing case information and Guardian leads, and participation in the Encounter process. 2013 is the first year that DTI and TSC have partnered to provide outreach and training outside of the metro DC area.

(U//FOUO) **Training Expanded for External Partners**: DTI officers traveled to Glynco, GA to provide a brief to approximately 50 Counterterrorism Division instructors and leads at the Federal Law Enforcement Training Center (FLETC). The goal was to establish a partnership with FLETC and to educate the instructors about DTI, TIDE, and the watchlisting business process. In the WMA, DTI has also expanded its training offerings, holding a quarterly training session in the LX auditorium for all IC members. In FY13, DTI provided advanced TIDE training to 95 analysts representing nine partner agencies (TSC, TSA, NGA, DoS, DHS, FBI, CPB, US Army Special Forces, and Bureau of Diplomatic Security).

(S//NF) **Biometric Training Program Offered to Additional Partners**: DTI now offers a half-day Biometrics Training Program once a month that is open to all IC partners holding a TS/SCI clearance. The course provides a basic familiarization of classified and unclassified biometrics repositories; an overview of the watchlisting process as it pertains to biometrics and identity intelligence; and an introduction to targeted biometrics research at NCTC.

(U//FOUO) **DTI, TIDE and Watchlisting Review**: This review brought together experienced members of the watchlisting community to take a genuine look at how the community is doing. Participants were asked to put the views of their home agencies aside and take an objective look at the watchlisting process, TIDE, and DTI's support of TIDE and the watchlisting process. The exercise culminated in an assessment paper providing five key findings, seven recommendations for improvements, and acknowledging those areas that excel.

(S//NF) **CIA – Hydra**: DTI has partnered with CIA to enhance select populations in TIDE with clandestinely acquired foreign government information from CIA's Hydra program. In this multi-phased project, DTI provides CIA with TIDE data and it is correlated with Hydra information to uncover additional Terrorism Information (TI) on KSTs that is then used to conduct Quality Assurance reviews on existing TIDE records. As proof of concept, DTI provided CIA a list of 555 Pakistan based subjects identified as KSTs in TIDE. The Hydra program vetted these names against Pakistani Passports and provided TIDE record enhancement information (biographic and biometric identifiers) back to DTI. The next step will be to provide CIA with a list of TIDE subjects with National ID Numbers (~1,700) for vetting on dates of birth. Future initiatives will include additional targeted countries, as well as a targeted effort to locate first-time DOBs for subjects with Passports and National ID Numbers.

(U//FOUO) **Watchlisting Guidance Review IPC**: In 2013 the Watchlisting Guidance Review IPC completed a major, multi-year effort to review and update the July 2010

SECRET//NOFORN

Watchlisting Guidance. DTI participated in multiple detailed reviews providing comments and inputs and provided suggestions for improving the Guidance. The effort culminated in an approval by the Deputies Committee (DC) in March 2013.

(U//FOUO) **INTERPOL Information-Sharing Agreement:** INTERPOL Red Notices contain derogatory information, biographics, and biometrics which can serve to both create new TIDE records and enhance currently existing records. Through coordinated efforts, processes were developed whereby the FBI's National JTTF served to nominate subjects of Red Notices to TIDE for watchlisting and EAB is enhancing existing TIDE records with active Red Notices.

(S//NF) **Foreign Collected Terrorist Biometrics:** In 2012, the Biometric Analysis Branch partnered with FBI's Global Initiatives Unit to nominate biometric data captured on terrorists from foreign partners into TIDE. This process has continued to evolve and grow. In FY13, this process has enhanced over 1,000 terrorist records enabling effective biometric screening.

(S//NF) **National Media Exploitation Center (NMEC):** The Biometric Analysis Branch continued to support a DTI liaison within NMEC which proved beneficial to both organizations. The arrangement enables NCTC to obtain additional data fusion points by accessing and exploiting NMEC data holdings and, in return, DTI provides NMEC with a classified biometric search capability against TIDE through automated and manual facial identification support. To date BAB has enhanced 33 TIDE records and provided over 7,000 search results to NMEC. From this effort, in December 2012, the Encounter Analysis Branch established a CBP Encounter Package foreign document translation process with the National Media Exploitation Center and has completed 119 requests for translation and addendums to TIDE.

## DTI Accomplishments supporting NCTC Goal 3: Workforce

(U//FOUO) **DTI Internal Training:** Standard DTI Internal Training: In 2013, DTI provided training for a total of 124 new hires, a 100% increase over 2012. Over 80 of these new hires were trained during a two month period during the contract transition, an 800% increase over the previous two months. The training team was able to make considerable adjustments to accommodate this extremely high influx of personnel. In addition, DTI has developed and implemented a refresher course that provides incumbent analysts the opportunity to reinforce the fundamentals of TIDE production. The course highlights general policy and process updates of which analysts may not be aware given the different focus areas of the various branches within DTI. Finally, DTI developed a familiarization course for those in DTI who are interested in gaining a perspective on DTI operations. Topics include overviews of external IC policies, watchlisting, Kingfisher, TIDE, Biometrics, and DTI overview. A pilot and a full session ran in 2013.

(U//FOUO) **Mock CAB:** DTI's Professional Development Working Group sponsored mock Career Advisory Boards (CABs), which were designed to provide employees insight to the

SECRET//NOFORN

documentation and process involved in CAB decisions. Volunteer CAB panelists reviewed fictitious persons' PERs and bios and drafted Employee Assessment Forms for the "employee" they represented on the panel. ADD/DTI and DTI/COS acted as panel chairs to guide the process and facilitated an open discussion after the panels completed their employee evaluations. Participants gleaned insight into the importance and complexities of documentation and the process.

(U//FOUO) **Expansion of Identity Intelligence (I2) Training Module:** The training is taught once a month and has been well received across the community. This external course consists of a half day version of the DTI's Biometric Training Program. In addition, as an effort to ensure that every analyst within DTI has a basic understanding of biometric data and workflows, a shortened version of the training was incorporated into the MIO Training and Outreach Team portfolio. The additional DTI course consists of a one hour block which has been incorporated into both the DTI New Hire Training as well as the DTI Manager Training as of June 2013.

## DTI Accomplishments supporting NCTC Goal 4: Process

(U//FOUO) **DTI Policy Response Team:** DTI implemented a key process for addressing, coordinating, and responding to critical issues/actions such as the responses to the Boston Marathon bombing, Congressional questions for the record, White House requests for information and policy coordination DNI taskings, and NCTC directed actions. The team ensures taskings are researched before being sent out across the Directorate, coordinated appropriately within DTI, and that responses are consolidated and accurate. Since January the team has successfully researched and responded to over 110 actions.

(U//FOUO) **Governance Structure:** DTI established an internal governance structure to encourage the exploration of new ideas, prioritization of activities, and enable informed decision making. The two new groups, the Group Chief's Forum and the Futures Forum provide a process for ideas and workflows to be vetted and pushed up for decision.

(U//FOUO) **Applied Correlation to TIDE (ACT):** The ACT initiative enables DTI analysts to correlate TIDE data against various Intelligence Community and Law Enforcement databases. Using the new "correlate" function in TIDE, analysts are able to quickly conduct a search across several databases to determine if there is any existing data that can be used to enhance a TIDE record. This functionality is currently being piloted within the QA and IIG teams to determine future uses.

(U//FOUO) **Facilitation of Strategic Planning Across DTI:** Starting in June 2013, DTI began executing & tracking progress on 33 initiatives in the current DTI strategic plan (published in Jan 13) while also supporting 9 DTI-assigned initiatives in the NCTC strategic plan (published Feb 13). Efforts on both strategic plans provide a venue to focus Directorate activities and facilitate strategic planning.

SECRET//NOFORN

(U//FOUO) **Development of Metrics to Minimize Individual Requirements to Track Work Completion:** DTI developed a monthly TIDE-based metrics template in May 2013 and began [retroactively] tracking several datasets effective 1 Jan 2013. Information collected includes data on nominations, nomination backlog, special projects/bulk ingest, new entities created, encounters, and QA audits.

## DTI Accomplishments supporting NCTC Goal 5: Technology

(U//FOUO) **Standard Nomination Tool:** DTI, along with Watchlisting Community partners, upgraded the standard nomination tool used to send data for entry into TIDE. Significant improvements were made to the user interface to streamline the process of submitting data and the inclusion of the TIDE Restricted capability provided nominating agencies the ability to ensure that data too sensitive for export to unclassified systems could be appropriately marked and handled by TIDE. This allows nominating agencies to provide more data than previously disseminated as appropriate controls are now in place to ensure the sensitivity of the data is accounted for.

(S) **Bulk Ingest capability:** DTI developed an internal self-service program to ingest large datasets for automated exploitation and enhancement of TIDE records. The self-service capability allows DTI to quickly ingest large datasets into TIDE in a flexible environment where those providing the technical support are fully trained on DTI's policies and work closely with those who will process the data. The result is fewer policy errors and the ability to quickly make modifications and set priorities based on DTI's needs. The program's efficiency has enabled DTI to ingest multiple datasets in the time that the previous process would have taken to prioritize the datasets.

(U//FOUO) **Database Development** IIG's Data Exploitation Team developed a database which has created multiple efficiencies for internal processes. The database allows for automated tracking, metrics reporting, increased accuracy in de-duplication, and allows for tracking and identification of KSTs for further research. The database also allows for tracking of FISA classified cables. This database has saved at least 10 hours of work per week and has streamlined processes for RFIs, metrics, and identity management. Based on this success, this database has been duplicated for other internal DTI sections.

(S//NF) **EFT of CBP Packages to TIDE:** After 2-plus years of development, the early February 2013 approval of *the Interconnection Security Agreement* between CBP and NCTC resulted in the successful electronic file transfer of CBP Encounter Packages to TIDE. Previously, the Encounter Packages were retrieved from CBP via a Compact Disc. Since the 7 March 2013 start up, more than 5,378 Encounter Packages have been received and processed into TIDE by EAB.